```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CARL FOGLE, pro se,                                          :
                                                             :
                Plaintiff,                                   :      **ORDER**
                                                             :
        -against-                                            :      05-CV-1700 (DLI)(LB)
                                                             :
THE CITY OF NEW YORK; DETECTIVE                              :
DAVID CASEY; DETECTIVE JOHN DOE;                             :
SUPERVISING OFFICERS 60 PRECINCT                             :
JANUARY 5, 2002 to 8: am JANUARY 6, 2002;                    :
DEPARTMENT SUPERVISING OFFICER(s) OF                         :
DETECTIVE DAVID CASEY and JOHN DOE on                        :
JANUARY 5, 2002 through APRIL 8, 2002,                       :
individually and in their official capacities as             :
Employees of the New York City Police Dep't;                 :
and NEW YORK CITY DEPARTMENT OF                              :
CORRECTIONS,                                                 :
                                                             :
                Defendants.                                  :
-------------------------------------------------------------x
```

**DORA L. IRIZARRY, U.S. District Judge:**

    It appearing that no objections have been filed to the Report and Recommendation of the Honorable Lois Bloom, U.S.M.J., dated November 8, 2005; and

    Upon consideration, the Report and Recommendation is hereby adopted in full. Accordingly, it is hereby

    ORDERED that plaintiff's action is dismissed with prejudice pursuant to Rules 16(f) and 37(b)(2) of the Federal Rules of Civil Procedure.

    ORDERED that service of a copy of this Order shall be made by the Clerk of this Court by forwarding a copy hereof to all parties.


DATED:    Brooklyn, New York
              December 1, 2005


                                                _____/s/_____
                                                  DORA L. IRIZARRY
                                            United States District Judge